UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| DANIEL L. CULP,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM ROCKY HAMLEY, d/b/a Precision Mechanical,<br><br>Defendant. | 5:26-CV-05101-KES<br><br>ORDER DENYING MOTION FOR LEAVE TO PROCEED IFP AND DENYING MOTION TO APPOINT COUNSEL |

Plaintiff, Daniel Culp, filed a pro se lawsuit, Docket 1, and moved for leave to proceed in forma pauperis, Docket 2; Docket 6, and for the appointment of counsel, Docket 7. This court entered an order denying Culp's motions. Docket 12.

Culp now renews his motion for leave to proceed in forma pauperis. Docket 14. But as the court previously stated, Culp paid the full $405 filing fee on November 4, 2026. Docket 12 at 1. Thus, Culp's motion for leave to proceed in forma pauperis (Docket 14) is denied as moot.

Culp also renews his motion for the appointment of counsel. Docket 16. In support of this motion, Culp argues that "a material, legally significant change in circumstances has occurred that directly impacts [his] ability to litigate this complex employment matter pro se." *Id.* at 1. Specifically, Culp

notes that the Social Security Administration recently determined that he suffers from severe bipolar disorder. *Id.*

"A pro se litigant has no statutory or constitutional right to have counsel appointed in a civil case." *Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998). "When determining whether to appoint counsel for an indigent civil litigant, the district court considers relevant factors such as the complexity of the case, the ability of the indigent litigant to investigate the facts, the existence of conflicting testimony, and the ability of the indigent to present his claim." *Id.* Culp is not proceeding in forma pauperis. And the court finds that Culp is still capable of pursuing his claims pro se at this phase of litigation. Thus, Culp's motion to appoint counsel (Docket 16) is denied.

Thus, it is ORDERED:

1. That Culp's motion for leave to proceed in forma pauperis (Docket 14) is denied as moot.
2. That Culp's motion for the appointment of counsel (Docket 16) is denied at this time.

Dated November 13, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE